# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00730-CV

**Adam John Reavis, Appellant**

**v.**

**Tracy Lynn Fuller, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-FM-07-003976, HONORABLE JON N. WISSER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Adam John Reavis filed a motion requesting that this appeal be dismissed.

*See* Tex. R. App. P. 42.1(a)(1).  We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed on Appellant's Motion

Filed:  February 19, 2009